

ADWOA NYAMEKYE
1114 S. Gramercy Place
Los Angeles, California 90019

Debtor in Pro Per
323 730-0734

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADWOA NYAMEKYE, | ) Case No.: LA-09-BK 46121-VK |
| RESPONDENT, | ) DECLARATION OF DEBTOR IN ) SUPPORT OF MOTION TO DENY ) RELIEF FROM THE AUTOMATIC STAY ) UNDER 11 U.S.C. Section 362. |
| ADWOA NYAMEKYE, | ) |
| DEBTOR | ) Date : January 13, 2010 ) Time: 11:30 A.M.  Ctrm: 1675  Floor: 16th |

Debtor **Adwoa Nyamekye**, in Pro Per, moves this Court to Deny Movant Wells Fargo Bank N.A. Successor by Merger with Wachovia Mortgage FSB (formerly known as World Savings Bank), hereinafter referred to as "WELLS", Relief from the Automatic Stay for the following reasons:

The fact that Debtor did not receive adequate notice of this motion is the most compelling basis for this request.

Debtor filed an emergency Chapter 7 petition on December 21, 2009. Movant alleges and declares by Proof of Service that on December 30, 2009 the Motion for Relief of Stay was served by First Class Mail (A copy of the Proof of Service is attached hereto as Exhibit 1). Debtor received the Notice on or about January 7, 2009. According to Court Records, the Moving papers were filed on January 4, 2010.

DECLARATION OF ADWOA NYAMEKYE -09-46121-VK - 1

1  Due to the recent holiday season Debtor was unable to
2  obtain attorney representation in this matter as well as obtain
3  counsel to file an Adversary Complaint in the Bankruptcy Court
4  and asks that the Court grant her a 14 day continuance in order
5  to do so. Debtor realizes that due to the complex nature of the
6  case legal representation is needed.
7  Debtor was in the process of seeking a modification of the
8  loan on the property which is the subject of this Motion. On or
9  about November 23, 2009, Debtor was contacted by the Foreclosure
10 Prevention Department of WELLS for additional information needed
11 to secure said modification. Debtor felt confident that the
12 modification would be approved because she had completed one on
13 another property financed by WELLS in August of 2009. (A copy of
14 the August modification agreement is attached as exhibit 2)
15 According to the Trustee's Deed, the property was "sold" two
16 days later on November 25, 2009 without notification to Debtor.
17 Debtor contends WELLS foreclosed upon Debtor's property without
18 legal right and Debtor if evicted from the property before that
19 issue is adjudicated by this Court, in the form of an adversary
20 pleading, Debtor will be left with no adequate remedy at law.
21 Interesting to note is that the Foreclosing Beneficiary was the
22 Grantee in this sale. Despite the amount of the unpaid debt,
23 $1,005,098, the Grantee "paid" only $477,981. According to a
24 Property profile obtained from Old Republic Title Company on
25 January 12, 2010, the assessed value of the property is
26 $817,016. The average price range for the neighborhood is in
27 excess of $595,000. The most recent sale in the immediate
28 vicinity was for $701,000 on December 14, 2009. (A copy of the

1. profile and comparables, specifically item #7 is herein attached
2. as Exhibit 3).
3.     Many other compelling issues will be raised in Debtor's
4. complaint, and several other grounds on which legal title in
5. Debtor's property should be restored to her.
6.     Currently, boarders occupy the property as bona-fied
7. tenants as defined in Public Law 111-22. As such they are
8. entitled to a 90-day notice to quit.
9.     A Notice of Possession was posted at the residence on
10. December 18, 2009. (A copy of the Notice is herein attached as
11. Exhibit 4). Debtor will have filed her Adversary Complaint long
12. before the expiration period.
13. 
14.     Therefore, Debtor respectfully requests that the Court Deny
15. Movant's motion in its entirety or in the alternative allow
16. Debtor a 14 day continuance.

Dated this 12th day of January 12, 2010
ADWOA NYAMEKYE
1114 S Gramercy Place
Los Angeles, CA 90019
Debtor in Pro Per

# EXHIBITS

DECLARATION OF ADWOA NYAMEKYE -09-46121-VK - 4

Motion for Relief from Stay (Unlawful Detainer) - Page 9 of 10    **F 4001-1M.UD**

| In re<br>ADWOA NYAMEKYE | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s) | CASE NO. 2:09-bk-46121-VK |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4165 E. Thousand Oaks Blvd., Suite 101, Westlake Village, CA 91362

A true and correct copy of the foregoing document described as Notice of Motion and Motion for Relief from the Automatic Stay Under 11 USC Sec. 362 (with supporting declarations) and proposed Order granting motion for relief from stay will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On __12-30-09__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12-30-09 | BEVERLY ADELMAN | *Beverly Adelman* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.D

December 2009                                                                                              **4001-1M.UD**

Date of this Agreement:        August 19, 2009
Note known as Loan Number:     0046627394
Property Address:              5763  VALLEY RIDGE AVE
                               LOS ANGELES, CA 90043
Existing Principal Balance:    $ 491,282.73
Return Date for this Agreement: August 29, 2009

## MODIFICATION AGREEMENT

This Modification Agreement ("Agreement") is made as of the date above between the undersigned ("Borrower"), as obligor(s) on the Loan described above or as title holder(s) to the Property, as the context may require, and Wachovia Mortgage, FSB ("Lender"). Borrower agrees that, except as expressly modified in this Agreement, the Note and the Security Instrument remain in full force and effect and are valid, binding obligations upon Borrower, except as discharged in Bankruptcy, and are properly secured by the Property.

Unless this Agreement is executed without alteration and returned by the Return Date above this Agreement will be of no force or effect and the Loan will remain subject to all existing terms and conditions provided in the Note and Security Instrument. This Agreement will only be deemed received when actually received by Lender at: Wachovia Mortgage, Loan Modifications, TX1351, PO Box 659558, San Antonio, Texas, 78265-9558.

1. If outstanding and owed as of the Date of this Agreement, Lender agrees to:
a. Waive all outstanding Late Charge and Return Check Fees on the Loan; and
b. Add amounts owed for "Escrow Amounts Advanced," "Foreclosure Fees," "Attorney's Fees," and "Property Inspection Fees" to the Loan balance.

2. Lender and Borrower further agree to modify the Loan as follows:
a. Forgive accrued, outstanding, and not capitalized interest through    September 14, 2009
b. The balance owed on the Loan will be                                  $ 393,026.18
c. The maturity date of the Loan is                                      September 15, 2049
d. The Interest Only payment(s) on the Loan will be as follows:

| Payment Due Date | Payment (Interest Only) | Interest Rate | Interest Rate Eff. Date |
|---|---|---|---|
| 10/15/2009 | $ 1,883.25 | 5.750% | 09/15/2009 |
| 10/15/2010 | $ 1,924.19 | 5.875% | 09/15/2010 |
| 10/15/2011 | $ 1,965.13 | 6.000% | 09/15/2011 |
| 10/15/2012 | $ 2,006.08 | 6.125% | 09/15/2012 |
| 10/15/2013 | $ 2,047.02 | 6.250% | 09/15/2013 |
| 10/15/2014 | $ 2,087.96 | 6.375% | 09/15/2014 |

e. Principal and Interest Payment for the remaining term of the Loan:

| | | | |
|---|---|---|---|
| 10/15/2015 | $ 2,392.98 | 6.500% | 09/15/2015 |

1 of 2

Exhibit A

0046627394

Monthly payments will be due on the same day of each month. Each Interest Rate will go into effect on the corresponding Interest Rate Effective Date. **The payments above DO NOT include amounts necessary for escrow.** Each Payment under 2(d) is an <u>interest only payment</u> calculated at the interest rate specified. The payment under 2(e) is the <u>principal and interest payment</u> for the remainder of the term calculated at the interest rate specified.

3. The Interest Change Dates, Calculation of Interest Rate Changes, Payment Change Dates, Calculation of Payment Changes, Index and Payment Cap Limitation no longer apply.

4. The Loan may not be assumed by any other person or entity.

5. If a biweekly loan, the Loan will convert to a monthly payment schedule. References to "biweekly," "every two weeks," and "every other Monday" shall be read as "monthly," except as it relates to the Modified Maturity Date. Interest will be charged on a 360-day year, divided into twelve (12) segments. Interest charged at all other times will be computed by multiplying the unpaid principal by the interest rate, dividing the result by 365, and then multiplying that daily interest amount by the actual number of days for which interest is then due.

As part of the conversion from biweekly to monthly payments, any automatic withdrawal of payments (auto drafting) in effect with Lender for the Loan are cancelled.

6. Lender acknowledges that one or more of the undersigned may have filed for bankruptcy or may have received a discharge in a bankruptcy proceeding. Said individual(s) acknowledge and agree that this Agreement is not a reaffirmation agreement as defined in 11 U.S.C. §524, that any references in this Agreement that imply liability under the Note obligation instead refer to the amounts secured by the property and is not meant to impart personal liability on such individual(s), and that this Agreement and communications related to this Agreement are not attempts to collect, assess or recover a claim against the individual(s) that arose before the commencement of the bankruptcy or that has been discharged.

Borrower agrees that (a) Borrower has read this Agreement in its entirety; (b) Borrower has consulted, or had opportunity to consult, with an attorney of Borrower's choosing; and (c) Borrower has voluntarily entered into this Agreement.

BORROWER(S): _____          Wachovia Mortgage, FSB
ADWOA AFI NYAMEKYE                             _____
                                               Mary C. Reeder
                                               Senior Vice President

2 of 2



# OLD REPUBLIC
TITLE COMPANY
*Our Experience-YourAdvantage*

**Prepared For:**

BERLITA HALL
PROPER FORMAT
3717 S. LA BREA AV., #469
LOS ANGELES, CA 90016

# OLD REPUBLIC TITLE COMPANY
## 450 N. BRAND BL., 8TH FLOOR
## GLENDALE, CA 91203
## Phone: (800) 718-4853
## Fax: (818) 549-4399

| | |
|---|---|
| **Property Address:** | 1114 S GRAMERCY PL |
| | LOS ANGELES, CA 90019 |
| **Assessor's Parcel No:** | 5081-029-010 |
| **Title Representative:** | DAN GRAYOT |

## Thank You For Choosing OLD REPUBLIC TITLE COMPANY

This title information has been furnished without charge by OLD REPUBLIC TITLE COMPANY in conformance with the rules established by the California Insurance Commissioner, who urges you to shop for the best service available and compare charges and fees for title insurance and other services associated with the purchase or sale of a home.

This information is provided as an accommodation only. The infomation contained herein is not a complete statement or representation of the status of title to the property in question and no assurances are made or liability assumed as to the accuracy thereof. If you wish protection against loss with respect to the status of title, you should obtain a commitment, binder or policy of title insurance.

*Exhibit 3*

# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| Primary Owner : | WELLS FARGO BANK NA, |
| Secondary Owner : | N/A |
| Site Address : | 1114 S GRAMERCY PL |
| | LOS ANGELES, CA 90019-3635 |
| Mailing Address : | |
| | N/A |
| Assessor Parcel Number : | 5081-029-010 |
| Census Tract : | 2131.00 |
| Housing Tract Number : | 1600 |
| Lot Number : | 88 |
| Page Grid : | 633-H4 |
| Legal Description : | Lot: 88   ; Tract No: 1600   ; Abbreviated Description: LOT:88 CITY:REGION/CLUSTER: 09/09167 TR#:1600   TRACT # 1600 LOT 88 ; City/Muni/Twp: REGION/CLUSTER: 09/09167 |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Bedrooms : | 4 | Year Built : | 1928 | Square Feet : | 2746 |
| Bathrooms : | 2.0 | Garage : | N/A | Lot size : | 7958 SF |
| Partial Bath : | 0 | Fireplace : | N/A | Number of Units : | 1 |
| Total Rooms : | 0 | Pool/Spa : | N | Use Code : | Single Family Residential |
| Zoning : | LAR1 | | | | |

## Sale Information

| | | | |
|---|---|---|---|
| Transfer Date : | 12/04/2009 | Document # : | 09-1835898 |
| Transfer Value : | $477,981 | Cost/Sq Feet : | $ 174 |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| Assessed Value : | $817,016 | Tax Amount : | $10,263.80 |
| Land Value : | $612,763 | Tax Status : | Current |
| Improvement Value : | $204,253 | Tax Rate Area : | 0-067 |
| Percent Improvement : | 24 % | Homeowner Exemption : | N |



OLD REPUBLIC
TITLE COMPANY
Our Experience-Your Advantage

# SALES COMPARABLES

**Criteria Selected:**

Searched by Radius: 2 miles
Minimum Area: 2,196 SqFt.          Maximum Area: 3,295 SqFt.
Maximum Bedrooms: 4                Minimum Bedrooms: 4
Pool: All
Land Use: Same as Subject
Date Range: 07/16/2009 to 01/12/2010

**Area Sales Analysis**

|                    | Low       | Median    | High        |
|--------------------|-----------|-----------|-------------|
| Bedrooms:          | 4         | 4         | 4           |
| Baths:             | 1         | 2         | 4           |
| Lot Size:          | 5,663     | 7,409     | 9,683       |
| Living Area (SqFt):| 2,204     | 2,724     | 3,164       |
| Sale Price:        | $300,000  | $595,000  | $1,150,000  |
| Year Built:        | 1905      | 1922      | 1940        |
| Age:               | 70        | 87        | 105         |

**Subject Property**

| Sale Date: | 12/04/2009 | Year Built:   | 1928  | Price:  | $477,981 | Pool:    | N/A |
|------------|------------|---------------|-------|---------|----------|----------|-----|
| Lot Size:  | 7,958 SF   | Square Feet:  | 2,746 | $/SF:   | $174     | BR/Bth:  | 4/2 |

**Comparable Sales Data**

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|------------|----------|------|
| 1 | 1064 S GRAMERCY PL<br>LOS ANGELES, CA 90019 | 07/30/2009 | $600,000 | $206 | 2,903 | 4/2 | 1923 | 9,296 SF | N/A |

    **Owner:** LEE, KYUNG BOK      **Seller:** AURORA LOAN SERVICES,
    **APN:** 5081-031-010      **Document #:** 09-1167601
    **Legal:** Lot:85 Tract No:1600 Map Ref:MB20 PG102&103City/Muni/Twp:LOS ANGELES
    **Land Use:** Single Family Residential      Located approximately 0.05 miles from subject property.

| 2 | 934 WESTCHESTER PL<br>LOS ANGELES, CA 90019 | 10/13/2009 | $618,000 | $244 | 2,528 | 4/2 | 1925 | 9,544 SF | N/A |

    **Owner:** VISOOTSAK, DARA      **Seller:** DEUTSCHE BANK NATIONAL TRUST
    **APN:** 5092-022-020      **Document #:** 09-1549955
    **Legal:** Lot:298 Tract No:2000 Map Ref:MB22 PG122&123City/Muni/Twp:LOS ANGELES
    **Land Use:** Single Family Residential      Located approximately 0.32 miles from subject property.

| 3 | 2930 W 15TH ST<br>LOS ANGELES, CA 90006 | 08/18/2009 | $300,000 | $110 | 2,715 | 4/1 | 1906 | 6,011 SF | N/A |

    **Owner:** UM, MINKOOK      **Seller:** BANK OF AMERICA NATIONAL
    **APN:** 5074-011-001      **Document #:** 09-1268973
    **Legal:** Lot:1 Block:G Subdivision:HARVARD HEIGHTS TRACT Map Ref:MB3 PG59City/Muni/Twp:LOS ANGELES
    **Land Use:** Single Family Residential      Located approximately 0.49 miles from subject property.



OLD REPUBLIC
TITLE COMPANY
Our Experience-YourAdvantage

**Comparable Sales Data**

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 820 3RD AVE, LOS ANGELES, CA 90005 | 09/25/2009 | $702,000 | $251 | 2,796 | 4/2 | 1927 | 7,148 SF | N/A |

Owner: RYOO, JAE WOONG; HAN, SUNG HYE  Seller: JPMORGAN CHASE BANK NATIONAL
APN: 5092-013-010  Document #: 09-1458663
Legal: Lot:226 Tract No:2000 Map Ref:MB22 PG122&123City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential    Located approximately 0.53 miles from subject property.

| 5 | 895 CRENSHAW BLVD, LOS ANGELES, CA 90005 | 10/06/2009 | $720,000 | $227 | 3,164 | 4/3 | 1924 | 7,492 SF | N/A |

Owner: JUNG, JOOHAE  Seller: KANG, YI MO
APN: 5090-034-001  Document #: 09-1516874
Legal: Lot:15 Block:14 Subdivision:BOULEVARD HEIGHTS Map Ref:MB7 PG141City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential    Located approximately 0.69 miles from subject property.

| 6 | 1921 5TH AVE, LOS ANGELES, CA 90018 | 10/30/2009 | $381,000 | $172 | 2,204 | 4/3 | 1905 | 5,663 SF | N/A |

Owner: HONG, WOONGPYO CHRIS  Seller: THE BANK OF NEW YORK,
APN: 5060-023-022  Document #: 09-1644441
Legal: Lot:24 Block:24 Subdivision:THE WEST ARLINGTON HEIGHTS Map Ref:MB3 PG98City/Muni/Twp:LOS
Land Use: Single Family Residential    Located approximately 0.95 miles from subject property.

| 7 | 1639 S VICTORIA AVE, LOS ANGELES, CA 90019 | 12/14/2009 | $701,000 | $234 | 2,986 | 4/2 | 1922 | 9,683 SF | N/A |

Owner: ZHAO, LI; LI, TAO  Seller: THE BANK OF NEW YORK MELLON, ; THE
APN: 5071-004-007  Document #: 09-1888037
Legal: Lot:7 Block:3 Subdivision:LAFAYETTE SQUARE Map Ref:MB21 PG82&83City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential    Located approximately 1.09 miles from subject property.

| 8 | 1788 W 25TH ST, LOS ANGELES, CA 90018 | 07/24/2009 | $525,000 | $193 | 2,719 | 4/2 | 1906 | 6,665 SF | N/A |

Owner: MARTINEZ, MUCIO; MARTINEZ, LILIANA  Seller: KNEEN MILLER, KIM
APN: 5058-020-035  Document #: 09-1126890
Legal: Lot:36 Block:1 Subdivision:ADAMS STREET HOMESTEAD TRACT Map Ref:MR54 PG33City/Muni/Twp:LOS
Land Use: Single Family Residential    Located approximately 1.30 miles from subject property.

| 9 | 1625 W 23RD ST, LOS ANGELES, CA 90007 | 10/19/2009 | $355,000 | $150 | 2,360 | 4/1 | 1905 | 6,747 SF | N/A |

Owner: PADILLA, PAULA  Seller: DEUTSCHE BANK NATIONAL TRUST
APN: 5054-001-014  Document #: 09-1578542
Legal: Lot:13 Subdivision:THE RESUBDIVISION OF THE TURNER TRACT Map Ref:MB1 PG99City/Muni/Twp:LOS
Land Use: Single Family Residential    Located approximately 1.32 miles from subject property.

| 10 | 1820 BUCKINGHAM RD, LOS ANGELES, CA 90019 | 09/29/2009 | $700,000 | $273 | 2,555 | 4/2 | 1922 | 8,028 SF | N/A |

Owner: BARRIE, TODD J  Seller: GIER, KEITH D
APN: 5071-007-084  Document #: 09-1475758
Legal: Lot:35 Block:8 Subdivision:LAFAYETTE SQUARE Map Ref:MB21 PG82&83City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential    Located approximately 1.40 miles from subject property.

| 11 | 908 S TREMAINE AVE, LOS ANGELES, CA 90019 | 09/04/2009 | $1,150,000 | $421 | 2,730 | 4/3 | 1923 | 7,196 SF | N/A |

Owner: JOHNSON, DAVID N; SEFTON, LAURIE A  Seller: FREEDMAN, HARLAN M; FREEDMAN, LAURA
APN: 5090-003-015  Document #: 09-1361067
Legal: Lot:154 Tract No:3912 Map Ref:MB42 PG73&74City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential    Located approximately 1.45 miles from subject property.



OLD REPUBLIC TITLE COMPANY
Our Experience-Your Advantage

**Comparable Sales Data**

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 2650 HALLDALE AVE, LOS ANGELES, CA 90018 | 08/14/2009 | $437,500 | $171 | 2,546 | 4/1 | 1905 | 7,396 SF | N/A |

Owner: KING, PETER F
APN: 5053-028-014
Legal: Lot:15 Block:6 Subdivision:THE CASS VICTORIA HALL TRACT Map Ref:MR26 PG65 City/Muni/Twp:LOS
Land Use: Single Family Residential
Seller: EMC MORTGAGE CORPORATION,
Document #: 09-1251731
Located approximately 1.45 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 1961 BUCKINGHAM RD, LOS ANGELES, CA 90016 | 09/04/2009 | $513,000 | $165 | 3,099 | 4/4 | 1940 | 8,220 SF | N/A |

Owner: LEE, DONG WU; LEE, JIN S
APN: 5061-008-023
Legal: Lot:10 Tract No:2072 Map Ref:MB21 PG120 City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential
Seller: JP MORGAN CHASE BANK NATIONAL
Document #: 09-1361237
Located approximately 1.64 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 2202 VIRGINIA RD, LOS ANGELES, CA 90016 | 10/09/2009 | $590,000 | $210 | 2,798 | 4/2 | 1924 | 7,976 SF | N/A |

Owner: LEE, JOON KANG
APN: 5061-003-024
Legal: Lot:49 Block:4 Tract No:2072 Map Ref:MB21 PG120 City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential
Seller: US BANK NATIONAL ASSOCIATION,
Document #: 09-1537298
Located approximately 1.66 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 846 S CITRUS AVE, LOS ANGELES, CA 90036 | 08/24/2009 | $850,000 | $304 | 2,793 | 4/3 | 1923 | 6,752 SF | N/A |

Owner: FRIDMAN, MOSHE; FRIDMAN, RACHEL
APN: 5084-001-040
Legal: Lot:65 Tract No:4712 Map Ref:MB54 PG24 City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential
Seller: US BANK NATIONAL ASSOCIATION,
Document #: 09-1298100
Located approximately 1.67 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 1460 W 28TH ST, LOS ANGELES, CA 90007 | 11/13/2009 | $470,000 | $187 | 2,508 | 4/1 | 1906 | 7,423 SF | N/A |

Owner: LOPEZ, ELIAS
APN: 5054-033-005
Legal: Lot:16&17 Subdivision:JUANITA TRACT Map Ref:MR59 PG68 City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential
Seller: DELGADO, CARLOS
Document #: 09-1709217
Located approximately 1.83 miles from subject property.



OLD REPUBLIC TITLE COMPANY
Our Experience-Your Advantage





## NOTICE FOR POSSESSION
(Pursuant to CCP section 1161(a)(3))

TO:   Adwoa Nyamekye
      Any Other Occupants

and all persons in possession of the premises located at:

   1114 S. Gramercy Pl.
   Los Angeles, CA 90019

NOTICE IS HEREBY GIVEN THAT:

(1) If you are the Trustor of the Deed of Trust described below and/or you are residing with the Trustor of the Deed of Trust on the premises herein, within Three (3) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(2) If you are a Tenant under a valid written agreement residing with the Trustor of the Deed of Trust described below on the premises herein, within Thirty (30) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(3) If you are a Bona-fide Tenant, as defined in Public Law 111-22, and the Trustor of the Deed of Trust does not reside on the premises herein, within Ninety (90) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(4) If you are not a Bona-fide Tenant, as defined in Public Law 111-22, and the Trustor of the Deed of Trust does not reside on the premises herein, within Sixty (60) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that the premises has been duly sold to the undersigned in accordance with Section 2924 of the *Civil Code* of the State of California on November 25, 2009, under the power of sale contained in a Deed of Trust executed by the Trustor or his/her predecessors in interest and recorded on February 7, 2007, recorded in the Official Records of Los Angeles County, State of California, and the title under sale has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161(3) of the *Code of Civil Procedure* of the State of California.

Dated December 16, 2009 at Westlake Village, California

KENNETH A. FREEDMAN
AGENT (for Wells Fargo Bank NA,
Sucessor by Merger with Wachovia Mortgage FSB
(formerly World Savings Bank FSB))
(805)777-3822

**EXHIBIT**