# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **ADWOA NYAMEKYE**　　　Atty Name (if applicable): _____
Street Address: **1114 S Gramercy Place**　　CA Bar No. (if applicable): _____
　　　　　　　　**Los Angeles, CA 90019**　　Atty Fax No. (if applicable): _____
Filer's Telephone No **323 730-0734**

---

In re: **ADWOA NYAMEKYE**

Case No. **09-46121**

Chapter 7 **x**　　11 ____　　13 ____

**FILED**
**MAR 01 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

---

## AMENDED SCHEDULE (S)

A filing fee of $20.00 is required to amend any or all of Schedules "D" through "F." Is An addendum mailing being added?　　Yes _____　　No **X** _____

Indicate below which schedule(s) is(are) being amended.

A ____　B **x**　C ____　D ____　E ____　F **x**　G **x**　H ____　I ____　J ____

Statement of Financial Affairs ____　Statement of Intention ____　Other ____

NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S)AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **ADWOA NYAMEKYE**_____, the person(s) who subscribed to the foregoing Amended Schedule(s) do hereby declare under penalty of perjury that the foregoing is true and

DATED: **March 1, 2010**

**FOR COURT USE ONLY**

_____
Debtor Signature

_____
Co-Debtor Signature

**SEE REVERSE SIDE**

B-1008 Revised 2/99

B 6B (Official Form 6B) (12/07)

In re  ADWOA  NYAMEKYE _____,           Case No. __09-46121-VK__
                    **Debtor**                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in Debtors possession | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account held at Union Bank | | 675.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Located at 1114 S Gramercy Place  Located at 5318 3rd Avenue | | 15,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | 5,000.00 |
| 6. Wearing apparel. | | Womens clothing and shoes | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re AADWOA NYAMEKYE _____ ,    Case No. 09-46121-VK
        Debtor                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Unreturned Promissory Note held on 1143 S. Gramercy owed by Wells Fargo Bank. Pursuant | | 871,000.00 |
| 16. Accounts receivable. | | to Title 12 U.S.C. Section 24 Page 7. | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Unreturned Promissory Note re 5318 3rd Avenue owed by BAC Lending Pursuant | | 482,000.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | to Title 12 U.S.C. Section 24 page 7. | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re __AADWOA NYAMEKYE_____,     Case No. __09-46121-VK__
                        Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1989 BMW- needs engine | | 0.00 |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and supplies | | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____continuation sheets attached   Total➤   $   1,379,278.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B 6F (Official Form 6F) (12/07)

In re __ADWOA NYAMEKYE_____,     Case No. __09-46121-VK4_____
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4980 <br> Capital One <br> P.o. 60599 <br> City of Industry, CA 91716 | | | 1995 | | X | | 243.00 |
| ACCOUNT NO. 2664 <br> Capital One <br> PO 60599 <br> City of Industry, CA 91716 | | | 1995 | | X | | 1,800.00 |
| ACCOUNT NO. 6357 <br> Beneficial <br> PO 3425 <br> Buffalo, NY 14240 | | | Credit Line | | X | | 16,196.00 |
| ACCOUNT NO. 7945 <br> Chase Visa <br> PO 15298 <br> Wilmington, DE | | | 1999 | | X | | 1,394.00 |
| | | | | | | Subtotal▶ | $ 19,861.85 |
| ____ continuation sheets attached | | | | | | Total▶ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B 6F (Official Form 6F) (12/07) - Cont.

In re  ADWOA NYAMEKYE                     ,         Case No. 09-46121
           Debtor                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 29-00071 <br><br> Babak Dadvand <br> PO 77790 <br> Corona, CA 92877 | | | 9/28/09 | | | | 2,682.00 |
| ACCOUNT NO. 4041481 <br><br> Century Radiology <br> PO 190 <br> Simi Valley, CA 93062 | | | 9/2009 | | | | 1,122.00 |
| ACCOUNT NO. 09308004039 <br><br> LAFD <br> 200 N. Main Street <br> Los Angeles, CA 90012 | | | 9/2009 | | | | 775.00 |
| ACCOUNT NO. 954802385 <br><br> | | | | | | | 4,900.00 |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached    Subtotal▶  $  9,479.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Adwoa Nyamekye__   Case No. __09-46121-VK4__
     Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9235-498 <br> Dell <br> PO 6403 <br> Carol Stream, IL 60197 | | | | | | | 1,984.00 |
| ACCOUNT NO. 3076 <br> Home Dept <br> PO 653000 Dallas, TX 75265 | | | | | | | 538.88 |
| ACCOUNT NO. 2580 <br> Monarch Grand Vacations <br> PO 15768 <br> Sacramento, CA 95852 | | | | | | | 1,381.00 |
| ACCOUNT NO. 3543 <br> Pacific Monarch Resorts <br> 23091 Mill Creek <br> Laguna Hills, CA 92653 | | | | | | | 3,083.00 |
| ACCOUNT NO. 2683 <br> Discover Card <br> PO 30943 <br> Salt Lake City, UT 84130 | | | | | | | 14,859.00 |

Sheet no. ___ of ___ continuation sheets attached           Subtotal▶   $ 21,849.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __ADWOA NYAMEKYE_____,    Case No. __09-46121-VK4_____
            Debtor                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2559 <br> Chase Visa <br> PO 15298 <br> Wilmington, DE 19850 | | | 1996 | | | | 95.72 |
| ACCOUNT NO. 0395 <br> Chase Visa <br> PO 15298 <br> Wilmington, DE 19850 | | | 1996 | | | | 132.00 |
| ACCOUNT NO. 1275 <br> BOA <br> PO 301200 <br> Los Angeles, CA 90030 | | | 1994 | | | | 4,055.00 |
| ACCOUNT NO. 6229 <br> Care Credit <br> PO 960061 <br> Orlando, FL | | | | | | | 356.00 |
| ACCOUNT NO. <br> HSBC- Dir Merchant C.S. <br> PO 60136 <br> City of Industry, CA 91716 | | | | | | | 3,282.00 |

Sheet no. __2__ of _____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 7,922.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  ADWOA NYAMEKYE                  ,                Case No.  09-46121-VK
            Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6901<br>SearsPremire Card<br>PO 6283<br>Souix Falls, SD 587117-6283 | | | 2005<br>listed under Patricia Johnson-Nyamekye | | | | 3,835.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __3__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ 3,835.00

Total► $ 62,947.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  ADWOA NYAMEKYE                      ,          Case No. 09-46121-VK
              Debtor                                                       (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Monarch Grand Vacations<br>PO 15768<br>Sacramento CA 95852 | Time Share Residential |
| Pacific Monarch Resorts<br>23091 Mill Creek<br>Laguna Hills, CA 92653 | Time Share Residential |
| Angel Helm<br>1114 S. Gramercy Place<br>Los Angeles, CA 90019 | Guest Room Rental |
| Emerald Roberts<br>1114 S. Gramercy Place<br>Los Angeles, C A 90019 | Guest Room Rental |
| | |
| | |